In the Matter of CHRISTIAN BORS, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

EUGENE M. TRAVIS, as Comptroller of the State of New York, v. AMERICAN CITIES COMPANY and Others.—Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

STANLEY FLETCHER, Appellant, v. GROSVENOR NICHOLAS and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ANESSTO VERNARD, Respondent, v. THE YOUROVETA HOME AND FOREIGN TRADE COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

STEPHEN WISE and Another, Trading as COLONIAL TEXTILE MILLS, Respondents, v. JACOB BLUMENTHAL, Trading as J. BLUMENTHAL & COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

GUSSIE ·KURSHINSKY, as Administratrix, etc., of JOSEPH FEIGENBAUM, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment as entered, including interest and costs, to the sum of $7,892.35; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

SOLOMON A. LEVY, Appellant, v. LOUIS NOSCHKES, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

JAMES H. POSTLETHWAITE, Appellant, v. THE TRAVELERS INSURANCE COMPANY, Respondent, Impleaded with SPENCER & COMPANY.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of MARY BROWNE, Respondent, v. JAMES V. BROWNE, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

SAMUEL EICHENBAUM and Another, as Copartners, etc., Respondents, v. STEPHEN H. JACKSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.